EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 511-2011-00991 |

**Florida Commission On Human Relations** and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Cigdem Sumbas
**Home Phone (Incl. Area Code):** (727) 504-0000
**Date of Birth:** 12-05-1973

**Street Address:** 2733 Penzance Street, Palm Harbor, FL 34684

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name:** NIELSEN MEDIA RESEARCH, INC
**No. Employees, Members:** 500 or More
**Phone No. (Include Area Code):** (813) 366-3100
**Street Address:** 501 Brooker Creek Blvd,
**City, State and ZIP Code:** Oldsmar, FL 34677

**Name:** TNC(US) Holdings, Inc.
**No. Employees, Members:** 500 or More
**Phone No. (Include Area Code):** 646-650-5000
**Street Address:** 770 Broadway, 8th Floor
**City, State and ZIP Code:** New York, NY 10003

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE   ☐ COLOR   ☒ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 09-01-2010   Latest: 01-06-2011
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I: **PERSONAL HARM:** I began working as a full time Field Scheduler for Nielsen Media Research on or about November 27, 2006. I have a disability and, therefore, upon becoming pregnant, I was considered "high risk." My superiors were aware of my situation. During my pregnancy, I was extremely ill and was out of work and I used all of my sick days and vacation days. I was even hospitalized during this time. One day when I was sick, before 9:00am., I emailed and texted Ms. Paddock that I was too ill to come into work. I then called her at 9:06am. When I spoke with her, she said that it was not acceptable to call in. I did not go into work that day.

Upon returning to work, I was asked to find a folder; when I could not locate it, I was written up by my supervisor, Karolyn Paddock. I was told by Al Braun, the Regional Director, and Ms. Paddock that I was not permitted to respond or go to Human Resources about this write-up. Ms. Paddock said something to the effect of, "Now that you're pregnant, you won't be able to focus on work." In approximately November or December 2010, a meeting was held in which the Field Supervisors were informed that the title for our position would now be "Field Relationship Specialist," but it was a change in name only. We were told they were going to add positions so that instead of approximately 112 Field Schedulers, there would now be approximately 32 full time Field Relationship Specialists. We were reassured that no one was going to be terminated, there would be no part-time schedulers, but there would be a total of 32 full time Field Relationship Specialists, and that we would be transitioned into the new position in Oldsmar Tampa.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 3/7/11
Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>511-2011-00991 |
|---|---|---|

Florida Commission On Human Relations and EEOC
State or local Agency, if any

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Additionally, we were all told that, as a formality, we would have to interview for the new position. On January 6, 2011, I received an email telling me that I was not selected for the Field Relationship Specialist position. It stated, "After a complete review of your qualifications and experience, we have decided to pursue other candidates who better fit our needs for this position." I also received a letter terminating my position due to a "reduction in the workforce in the Field Scheduler position within the Media Field group." I am the only full time scheduler to be terminated. I was terminated due to having a disability and for being pregnant.

II. RESPONDENT'S REASON FOR ADVERSE ACTION: Reduction in force.

III. STATEMENT OF DISCRIMINATION: I believe I was discriminated against for having a disability and being pregnant, in violation of Title VII of the Civil Rights Act of 1964, as amended and a violation of the Americans with Disabilities Act and Florida Statute Chapter 760.

2011 MAR 14 PM 12: 32

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3/7/11     X _____<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |